**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**
No. 97-1607

| | | |
|---|---|---|
| Charles Virg Hyde, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| | * | |
| v. | * | |
| | * | |
| Curtis H. Evans, County Judge, York | * | Appeal from the United States |
| County Courthouse, York, Nebraska; | * | District Court for the |
| Mark K. Hyde; John R. Brogan, | * | District of Nebraska |
| Attorney; Dale Radcliff, Sheriff, York | * | |
| County, Nebraska; David A. Hyde; | * | [UNPUBLISHED] |
| Luella R. Hyde; Gordon B. Fillman, | * | |
| Attorney; Michael K. Hyde; James M. | * | |
| Hyde, II; Unknown Does, 1 to 100, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:   July 2, 1997
Filed:   January 16, 1998

_____

Before McMILLIAN, FAGG and LOKEN, Circuit Judges.

_____

PER CURIAM.

Charles V. Hyde appeals from a final order of the United States District Court[1] for the District of Nebraska, dismissing his complaint with prejudice for failing to comply with Federal Rule of Civil Procedure 8, and denying his motion for summary judgment. We have carefully reviewed the record and we affirm on the basis of the district court's opinion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska, adopting the report and recommendation of the Honorable David L. Piester, United States Magistrate Judge for the District of Nebraska.